UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-00121-FDW

| | |
|---|---|
| MICHAEL WAYNE MABE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KEITH WHITENER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's motion for a restraining order and his motion for a preliminary injunction.

Plaintiff is a prisoner of the State of North Carolina who is presently serving a sentence of over 16-years' imprisonment following his conviction on first-degree burglary and other offenses in 2009. In his motions for injunctive relief, Plaintiff contends that his effort to file an amended complaint is being impeded by prison authorities. The Court will deny the motions for injunctive relief but will order that the Clerk send three blank § 1983 forms to the address that he provided to the Clerk's office. Plaintiff is notified that Rule 8(a) of the Federal Rules of Civil Procedure provides that a complaint should contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . ." Fed. R. Civ. P 8(a)(2). Accordingly, Plaintiff should be able to set out his allegations and claims for relief within the space provided on the § 1983 forms.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions for a restraining order and a preliminary injunction are **DENIED**. (Doc. No. 28).

1

The Clerk is respectfully directed to send three blank § 1983 forms to Plaintiff's address that is on file with the Clerk's office. Plaintiff shall have 21-days from entry of this Order to file his amended complaint.

**SO ORDERED**.

Signed: March 8, 2016

Frank D. Whitney
Chief United States District Judge