# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| MICHAEL WAYNE MABE, | ) JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), | ) 5:13-CV-00121-FDW |
| ) | |
| vs. | ) |
| ) | |
| KEITH WHITENER | ) |
| SORRELL SAUNDERS | ) |
| GEORGE SOLOMON | ) |
| R. DAVID MITCHELL, | ) |
| ) | |
| Defendant(s). | ) |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 22, 2016, Order.

Signed: August 22, 2016

Frank G. Johns, Clerk
United States District Court